UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Lakeview Loan Servicing, LLC

In Re:

Steven J. Kolis,

Debtor.

Case No.:    23-15191-MBK

Chapter:    13

Hearing Date:    8/23/2023

Judge:    Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 11)

_____

Date: 8/17/2023                                /s/ Denise Carlon
                                               Signature

*rev.8/1/15*