UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruton & Capone, LLC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone # 732-528-1166
Fax #732-528-4458
mcapone@gbclawgroup.com

In Re:

Steven Kolis

Case No.:     23-15191

Chapter:     13

Hearing Date:    

Judge:     Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Modified Chapter 13 Plan filed on August 29, 2023 (Doc. no 17)

_____

Date: 9/6/2023

/s/ Marc C. Capone
Signature

*rev.8/1/15*