Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−15191−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven J Kolis
   448 Thomas Street
   Phillipsburg, NJ 08865

Social Security No.:
   xxx−xx−2397

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:        12/13/23
Time:        02:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Marc C Capone, Debtor's Attorney

COMMISSION OR FEES
fee: $6499.50

EXPENSES
expenses: $390.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 27, 2023
JAN:

                                                                 Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-15191-MBK |
| Steven J Kolis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 27, 2023 | Form ID: 137 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven J Kolis, 448 Thomas Street, Phillipsburg, NJ 08865-3344 |
| 519947383 | + | Catherine Kolis, 448 Thomas Street, Phillipsburg, NJ 08865-3344 |
| 519947392 | | Netcredit/rb, Attn: Bankruptcy Dept 175 W Jackson Blv, Chicago, IL 60604 |
| 519947396 | | Target, c/o Financial & Retail Srvs Mailstop BT, Minneapolis, MN 55440 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Oct 27 2023 20:50:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 519947379 | + | Email/Text: bankruptcycare@affinityfcu.com | Oct 27 2023 20:51:00 | Affinity Federal Credit Union, Attn: Bankruptcy 73 Mountainview Bouleva, Basking Ridge, NJ 07920-2332 |
| 519960096 | + | Email/Text: rmcdowell@slgcollect.com | Oct 27 2023 20:50:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519960153 | + | Email/Text: bkfilings@zwickerpc.com | Oct 27 2023 20:52:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519947380 | | Email/PDF: bncnotices@becket-lee.com | Oct 27 2023 21:07:42 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519947381 | | Email/Text: BarclaysBankDelaware@tsico.com | Oct 27 2023 20:51:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519947382 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2023 20:56:56 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519956698 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 27 2023 20:57:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519947384 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2023 20:57:22 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519947385 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2023 20:57:29 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 519947386 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

Case 23-15191-MBK   Doc 27   Filed 10/29/23   Entered 10/30/23 00:17:55   Desc Imaged
                             Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Oct 27, 2023 | Form ID: 137 | Total Noticed: 38 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | Oct 27 2023 20:57:13 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519947387 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 27 2023 21:07:40 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 519947388 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 27 2023 20:52:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 520005390 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 27 2023 20:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519947389 | ^ | MEBN | Oct 27 2023 20:47:13 | KML Law Group, P.C., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 519954468 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2023 20:57:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519975344 | ^ | MEBN | Oct 27 2023 20:46:24 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519947390 | | Email/Text: camanagement@mtb.com | Oct 27 2023 20:51:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 519997204 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 27 2023 20:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519952117 | ^ | MEBN | Oct 27 2023 20:46:41 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 519947391 | | Email/PDF: pa_dc_claims@navient.com | Oct 27 2023 20:56:58 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519958908 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Oct 27 2023 20:49:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 520004597 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2023 20:57:24 | Portfolio Recovery Associates, LLC, c/o Carnival, POB 41067, Norfolk VA 23541 |
| 520000077 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2023 21:07:38 | Portfolio Recovery Associates, LLC, c/o Wawa, POB 41067, Norfolk VA 23541 |
| 520005295 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 27 2023 20:51:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519973243 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2023 20:51:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519997336 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2023 20:51:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519956472 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 27 2023 20:51:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 519947393 | + | Email/PDF: pa_dc_claims@navient.com | Oct 27 2023 20:57:01 | Sallie Mae, Inc, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 519947394 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 27 2023 20:51:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 519947395 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 27 2023 20:57:07 | Secretary of Housing & Urban Development, 451 7th St Sw, Washington, DC 20410-0001 |
| 519948105 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 27 2023 20:57:07 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Debtor Steven J Kolis ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Rebecca K. McDowell | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5