**GILLMAN, BRUTON & CAPONE, LLC**
Marc C. Capone, Esq.
60 Highway 71
Spring Lake Heights, NJ 07762
Telephone: (732) 528-1166
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

**Order Filed on December 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Steven Kolis, | Case No. 23-15191 |
| Debtor(s). | Hearing Date: December 13, 2023 |
| | Judge: Michael B. Kaplan |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 15, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4854-2057-3067, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $_____6,499.50_____for services rendered and expenses in the amount of $_____390.00_____for a total of $_____6,889.50_____. The allowance is payable:

☒ $ 3,889.50  through the Chapter 13 plan as an administrative priority.

☒ $ 3,000.00  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____per month for ____n/a____months to allow for payment of the above fee.

rev.8/1/15

4854-2057-3067, v. 1